IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

HINERWADEL'S INC.

          Plaintiff,

    vs.

GENERAL BAG CORPORATION

          Defendant.

_____

Civil Action No.
5:06-CV-111 (NAM/DEP)

APPEARANCES:      OF COUNSEL:

Wall, Marjama Law Firm     DENIS J. SULLIVAN, ESQ.
250 Clinton Street     JAMES R. MULDOON, ESQ.
Suite 300
Syracuse, New York 13202
*For Plaintiff*

Bond, Schoeneck Law Firm     GEORGE McGUIRE, ESQ.
One Lincoln Center     DAVID L. NOCILLY, ESQ.
Syracuse, New York 13202-1355
*For Defendant*

NORMAN A. MORDUE, CHIEF U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

    I have been informed by Magistrate Judge David E. Peebles that the parties

have entered into an agreement in settlement of all claims in this action, and that

they reasonably anticipate finalizing their agreement shortly, following which this

action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: December 5, 2006

   Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge